**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**JACK JONES, JR.**                                                    **PETITIONER**

**v.**                                                    **No. 1:06CV21-M-D**

**WARDEN DOLAN WALLER, ET AL.**                                **DEFENDANTS**

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated May 30, 2007, and the June 11, 2007, objections to the Report and Recommendation, the court finds that the petitioner's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

    **ORDERED**:

    1. That the Report and Recommendation of the United States Magistrate Judge dated May 30, 2007, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

    2. That the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice.

    3. That this case is **CLOSED.**

THIS, the 22nd day of June, 2007.

                                                                    **/s/ Michael P. Mills**
                                                                     **CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI**